1 Robert W. Freeman, Jr., Esq.
Nevada Bar No. 003062
2 Isaiah A. Jerez, Esq.
Nevada Bar No. 011615
3 FREEMAN & ASSOCIATES
1060 Wigwam Parkway
4 Henderson, Nevada 89074
(702) 990-4913
5
Attorneys for Defendant
6 American Family Mutual Insurance Company

7                    **UNITED STATES DISTRICT COURT**

8                         **DISTRICT OF NEVADA**

9                              * * * * *

10 RAMON CHAVEZ-CASTELLANO, an          )   CASE NO.: 2:10-cv-1341-PMP-PAL
individual,                          )
11                                      )
                                     )
12                Plaintiff,          )
                                     )   **STIPULATION AND ORDER FOR**
13 vs.                                  )   **DISMISSAL WITH PREJUDICE**
                                     )
14 AMERICAN FAMILY MUTUAL INSURANCE     )
GROUP; AMERICAN FAMILY INSURANCE     )
15 COMPANY; AMERICAN FAMILY MUTUAL      )
INSURANCE COMPANY; DOES 1 through 4, )
16 and ROES 1 through 5 inclusive,      )
                                     )
17                Defendants.         )
   _____  )
18

19       IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and

20 their respective counsel of record, and upon the representation having been made that all

21 claims have been settled.  The above-entitled action may be dismissed with prejudice,

22 .   .   .

23 .   .   .

24 .   .   .

25 .   .   .

26 .   .   .

27 .   .   .

28 .   .   .

FREEMAN & ASSOCIATES
1060 WIGWAM PARKWAY
HENDERSON, NEVADA 89074
TELEPHONE (702) 990-4913

1   each party to bear its own costs and attorney fees.

2

3   Dated _18th_ day of _October_, 2011.          Dated _11th_ day of _October_, 2011.

4   FREEMAN & ASSOCIATES                          AARON & PATERNOSTER, LTD.

5   _Isaiah A. Jerez_                             _[signature]_

6   Robert W. Freeman, Jr., Esq.                  Glenn A. Paternoster, Esq.
    Nevada Bar No. 3062                           Nevada Bar No. 5452

7   Isaiah A. Jerez, Esq.                         Dustin E. Birch, Esq.
    Nevada Bar No. 011615                         Nevada Bar No. 9887

8   1060 Wigwam Parkway                           AARON & PATERNOSTER, LTD.
    Henderson, Nevada 89074                       2300 West Sahara Avenue

9   Attorneys for Defendant                       Suite 650
    American Family Mutual Insurance              Las Vegas, Nevada 89102

10  Company                                       Attorney for Plaintiff

11                                                **ORDER**

12          IT IS SO ORDERED.

13                                                _Philip M. Pro_

14                                                UNITED STATES DISTRICT JUDGE

15                                                DATED: ___October 18, 2011.___

16

17

18

19

20

21

22

23

24

25

26

27

28

FREEMAN & ASSOCIATES
1060 WIGWAM PARKWAY
HENDERSON, NEVADA 89074
TELEPHONE (702) 990-4913