Robert W. Freeman, Jr., Esq.
Nevada Bar No. 003062
Isaiah A. Jerez, Esq.
Nevada Bar No. 011615
FREEMAN & ASSOCIATES
1060 Wigwam Parkway
Henderson, Nevada 89074
(702) 990-4913

Attorneys for Defendant
American Family Mutual Insurance Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| RAMON CHAVEZ-CASTELLANO, an individual,<br><br>            Plaintiff,<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE GROUP; AMERICAN FAMILY INSURANCE COMPANY; AMERICAN FAMILY MUTUAL INSURANCE COMPANY; DOES 1 through 4, and ROES 1 through 5 inclusive,<br><br>            Defendants. | CASE NO.: 2:10-cv-1341-PMP-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

   IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and their respective counsel of record, and upon the representation having been made that all claims have been settled. The above-entitled action may be dismissed with prejudice,

. . .

. . .

. . .

. . .

. . .

. . .

1 | each party to bear its own costs and attorney fees.

Dated 18th day of October, 2011.     Dated 11th day of October, 2011.

FREEMAN & ASSOCIATES                  AARON & PATERNOSTER, LTD.

*Isaiah A. Jerez*                     *[signature]*

Robert W. Freeman, Jr., Esq.          Glenn A. Paternoster, Esq.
Nevada Bar No. 3062                   Nevada Bar No. 5452
Isaiah A. Jerez, Esq.                 Dustin E. Birch, Esq.
Nevada Bar No. 011615                 Nevada Bar No. 9887
1060 Wigwam Parkway                   AARON & PATERNOSTER, LTD.
Henderson, Nevada 89074               2300 West Sahara Avenue
Attorneys for Defendant               Suite 650
American Family Mutual Insurance      Las Vegas, Nevada 89102
Company                               Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

*[signature]*

_____
UNITED STATES DISTRICT JUDGE

DATED: October 18, 2011.

Page 2